**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE 120 | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 4:15CV00991JAR |
| v. | ) |
| | ) |
| FOX C-6 SCHOOL DISTRICT, *et al.* | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Jane Doe 120, and hereby dismisses all of her claims against Defendant Fox C-6 School District and Timothy Crutchley and all remaining parties to this lawsuit with prejudice. Each party is to bear their own costs.

**DATED** this 8th day of February, 2017.

*/s/ Nicole E. Gorovsky*
Nicole E. Gorovsky, Bar No.: 51046MO
Chackes, Carlson & Gorovsky, LLP
906 Olive Street, Suite 200
St. Louis, MO  63101
T. (314) 880-4469
ngorovsky@cch-law.com
*Attorneys for Plaintiff*

KING, KREHBIEL & HELLMICH, LLC

**JASON S. RETTER**
Bar No. 59683MO
2000 South Hanley Road
St. Louis, MO  63144 1524
T. 314 646 1110
E. jretter@kingkrebiel.com
*Attorneys for Defendants Fox and Crutchley*